# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF JUSTICE, ) ) ) Defendant. ) ) | Civil Action No. 1:22-cv-2850 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of September 24, 2024, Plaintiff, America First Legal Foundation, and Defendant, U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. In that Order, the Court directed the parties to file a joint status report by October 29, 2024. In accordance with that Order, the parties report as follows:

1. Certain parts of Plaintiff's FOIA request are being processed by DOJ's Office of Information Policy ("OIP"), and certain parts of the FOIA request are being processed by the Federal Bureau of Investigation ("FBI").

2. The FBI issued a final response to the FOIA request on July 14, 2023.

3. OIP conducted an initial search relating to certain subparts of Plaintiff's FOIA request and identified several responsive documents for processing. OIP issued Plaintiff a first interim response on September 29, 2023 relating to these documents.

4. OIP also conducted an electronic keyword search and, following an initial responsiveness review and deduplication process, identified approximately 2,500 potentially responsive documents, which amounts to approximately 13,000 pages. After further responsiveness review and applying the parties' numerous scoping agreements[1] to all these documents, OIP has been able to narrow the universe of potentially responsive material from its electronic keyword search results to approximately 4,100 pages.

5. As anticipated, OIP completed the initial processing of the remaining narrowed electronic keyword search results by March 15, 2024 and sent this material out for consultation with other Executive Branch entities, as necessary. OIP issued Plaintiff a second interim response on January 16, 2024. OIP issued Plaintiff a third interim response on July 24, 2024. OIP issued Plaintiff a fourth interim response on October 25, 2024. OIP is continuing to actively follow up on the status of outstanding consultations and will continue issuing rolling responses on each processing batch as consultations are completed and final determinations are made.

6. In light of the above, the parties respectfully request that the Court permit them to submit a Joint Status Report updating the Court on the status of Defendant's processing of and response to Plaintiff's FOIA request by no later than Tuesday, December 3, 2024.

Dated: October 29, 2024                           Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney
                                                  General

/s/ Michael Ding
MICHAEL DING                                      ELIZABETH J. SHAPIRO
D.C. Bar No. 1027252                              Deputy Director, Federal Programs Branch

---

[1] Details regarding the parties' scoping agreements are included in previous Joint Status Reports.

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: michael.ding@aflegal.org

*Counsel for Plaintiff*

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for the Defendant*